**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

STEVEN MARTINS,

     Plaintiff,

vs.                                                                  CASE NO. 1:08CV212-MP/AK

UNITED STATES OF AMERICA,

     Defendants.

_____/

**O R D E R**

Plaintiff has filed an amended complaint without leave of court.  (Doc. 13).

Contrary to his assertion in the complaint, Defendant has filed a responsive pleading,

(doc. 8), a motion to dismiss, and he may not as a matter of course now file an

amended complaint without a motion.  Rule 15, Federal Rules of Civil Procedure.

Consequently, the amended complaint (doc. 13) should be **STRICKEN**.

**DONE AND ORDERED** this   *13th*  day of March, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**